# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
AUG - 3 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America <br> v. <br> Jose Daniel ARELLANO RODRIGUEZ <br> *Defendant(s)* | Case No. 4:23MJ 67 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>August 2, 2023</u> in the <u>Eastern District</u> of <u>Virginia</u>, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 21 U.S.C. §§ 846 and 841 | Attempt Possession with Intent to Distribute Cocaine a Schedule II Narcotic Controlled Substance. |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

*signature*

Eric M. Hurt
Assistant United States Attorney

*signature*
Complainant's signature

Ed Roesch, Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 3, 2023

City and state: Norfolk, Virginia

*signature*
Judge's signature

Robert J. Krask, United States Magistrate Judge
*Printed name and title*