# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Ed Roesch, Special Agent, Drug Enforcement Administration (DEA), Hampton, Virginia, being duly sworn, state the following:

1. I am a Special Agent with the United States Drug Enforcement Administration (DEA), where I have worked since April 2019. Before joining the DEA, I was a police officer for eight years in Portsmouth, Virginia, where I spent six years assigned to a narcotics investigation unit and four of those years, as a Task Force Officer assigned to the DEA Norfolk District Officer. I was assigned to the DEA Norfolk District Office from 2015-2019 as a Task Force Officer until being hired as a Special Agent in 2019, assigned to the DEA Hampton Post of Duty. I have received specialized training regarding the detection and investigation of drug trafficking organizations while employed with the Portsmouth Police Department as well as the DEA. I have also acquired knowledge regarding these subject areas through practical experience by participating in narcotics investigations during my employment with the Portsmouth Police Department and the DEA.

2. I have probable cause to believe that Jose Daniel ARELLANO RODRIGUEZ has committed the following offenses in violation of federal law: Attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance (21 U.S.C. §§ 846 and 841(a)(l)).

## PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

3. On July 26, 2023, DEA agents assisting Homeland Security Investigations (HSI) personnel in El Paso, Texas seized 59 individually packaged kilograms of cocaine, with a total weight of approximately 67.1 kilograms, from within a vehicle believed to have crossed the

Mexican border into the United States. A sample of the seized amount of cocaine was field tested, yielding a positive identifier to the presence of cocaine. DEA/HSI agents became aware that the seized cocaine was destined for Norfolk, Virginia and coordinated a controlled delivery.

4. On August 2, 2023, DEA/HSI Hampton personnel prepared to conduct a controlled delivery by removing the kilograms of actual cocaine and replacing them with an imitation substance designed to look like cocaine. This was done to ensure the safety of the public and agents in the event the delivery was compromised. Agents conducted the controlled delivery of imitation controlled substance and ARELLANO RODRIGUEZ was observed taking custody of imitation controlled substance at 6721 Emmaus Church Road, Providence Forge, Virginia. ARELLANO RODRIGUEZ also provided $90,000.00 in United States currency to the person conducting the delivery.

5. Following this delivery, ARELLANO RODRIGUEZ was arrested and advised of his Miranda Rights. ARELLANO RODRIGUEZ stated he understood his rights and went on to explain that his intentions were to submit $90,000 in bulk US currency in exchange for an amount of bulk cocaine which he would later deliver to another individual.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists that Jose Daniel ARELLANO RODRIGUEZ did knowingly and intentionally attempt to possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(l).

Read and Approved:

_____
Eric M. Hurt
Assistant United States Attorney

_____
Ed Roesch
Special Agent
Drug Enforcement Administration

Sworn and subscribed to before me
On this 3rd day of August 2023

_____
Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia