# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

FILED
IN OPEN COURT
AUG – 4 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:23mj 67 |
| | ) | DEA |
| Jose Daniel ARELLANO RODRIGUEZ | ) | FID: 11580790 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Jose Daniel ARELLANO RODRIGUEZ**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Attempt Possession with the Intent to Distribute Cocaine, a Schedule II Narcotic Controlled Substance, in violation of 21 U.S.C. §§ 846 and 841

Date: August 3, 2023

*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/3/2023, and the person was arrested on *(date)* 8/4/2023
at *(city and state)* Providence Forge, VA.

Date: 8/4/2023

*Arresting officer's signature*

Ed Roesch, Special Agent
*Printed name and title*